| AO 10 Rev. 1/2021 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2020 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Campbell, David G. | 2. Court or Organization District Court - Arizona | 3. Date of Report 07/26/2021 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge (Senior) | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2020 to 12/31/2020 |

**7. Chambers or Office Address**

401 West Washington
Suite 623, SPC 58
Phoenix, AZ 85003-2156

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director, Trustee | ▨ Foundation |
| 2. | Trustee | Trust # 1 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, David G. | 07/26/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Campbell, David G.** | 07/26/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔   NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔   NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, David G. | 07/26/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. JP Morgan Chase Bank Account | A | Interest | J | T | | | | | |
| 2. JP Morgan Chase Bank Account | A | Interest | J | T | | | | | |
| 3. JP Morgan Chase Bank Account | A | Interest | J | T | | | | | |
| 4. Exxon Mobil Common Stock | D | Dividend | L | T | | | | | |
| 5. Bank of America Common Stock | B | Dividend | L | T | | | | | |
| 6. IRA | | | | | | | | | |
| 7. -- Schwab Deposit Account | A | Interest | J | T | | | | | |
| 8. -- DFA Emerging Markets Port | A | Dividend | | | Sold | 08/06/20 | K | A | |
| 9. -- DFA Intl Small Co Port | A | Dividend | | | Sold | 11/12/20 | K | A | |
| 10. -- DFA Large Cap Intl Port | A | Dividend | | | Sold | 01/22/20 | M | E | |
| 11. -- DFA U.S. Large Cap Value | A | Dividend | | | Sold | 01/22/20 | N | G | |
| 12. -- DFA U.S. Small Cap Value | A | Dividend | | | Sold | 06/08/20 | K | B | |
| 13. -- Spdr Dow Jones REIT | B | Dividend | | | Sold | 08/31/20 | K | A | |
| 14. -- Vanguard Growth | D | Dividend | N | T | Sold<br>(part) | 01/22/20 | L | D | |
| 15. | | | | | Buy<br>(add'l) | 05/05/20 | L | | |
| 16. -- SPDR Short Term | B | Dividend | | | Sold | 03/13/20 | M | A | |
| 17. -- Vanguard Small Cap Growth | A | Dividend | K | T | Sold<br>(part) | 01/22/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, David G. | 07/26/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.  -- DFA Investment Grade Port | A | Dividend | | | Sold | 01/22/20 | M | D | |
| 19.  -- Schwab Value Advantage Money Fund | A | Dividend | J | T | | | | | |
| 20.  -- Flexshares Upstream | A | Dividend | K | T | Buy<br>(add'l) | 09/02/20 | J | | |
| 21.  -- Vanguard FTSE Dev Mkts ETF | C | Dividend | M | T | Buy | 01/24/20 | M | | |
| 22.  -- Vanguard Int Bond ETF | B | Dividend | | | Buy | 01/24/20 | M | | |
| 23. | | | | | Sold | 04/02/20 | N | C | |
| 24.  -- Vanguard Value ETF | D | Dividend | N | T | Buy | 01/24/20 | N | | |
| 25. | | | | | Buy<br>(add'l) | 05/05/20 | M | | |
| 26.  -- Ishares MSCI EAFE Small Cap | A | Dividend | K | T | Buy | 11/13/20 | K | | |
| 27.  -- Schwab Emerging Mkts Equity | A | Dividend | L | T | Buy | 08/07/20 | K | | |
| 28. | | | | | Buy<br>(add'l) | 09/02/20 | J | | |
| 29.  -- Vanguard Short Term Treas | A | Dividend | O | T | Buy | 05/29/20 | M | | |
| 30. | | | | | Buy<br>(add'l) | 09/02/20 | N | | |
| 31.  -- Vanguard Small Cap Value | A | Dividend | L | T | Buy | 06/12/20 | K | | |
| 32. | | | | | Buy<br>(add'l) | 09/02/20 | J | | |
| 33.  Brighthouse Life Ins. Co. - Guarantee Adv UL Policy | D | Interest | M | T | | | | | |
| 34.  Trust # 1 | | None | O | W | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, David G. | 07/26/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Mutual Fund and Other Investments | | | | | | | | | |
| 36. -- Schwab Value Advantage Money Fund | C | Interest | M | T | | | | | |
| 37. -- DFA Emerging Markets Port | A | Dividend | | | Sold | 11/09/20 | L | A | |
| 38. -- DFA Intl Small Co Port | A | Dividend | | | Sold | 10/19/20 | K | A | |
| 39. -- DFA U.S. Large Cap Value | B | Dividend | | | Sold | 05/22/20 | M | A | |
| 40. -- DFA U.S. Small Cap Value | A | Dividend | | | Sold | 10/19/20 | K | A | |
| 41. -- Spdr Dow Jones REIT | A | Dividend | | | Sold | 10/19/20 | K | A | |
| 42. -- Vanguard Growth | C | Dividend | O | T | Buy<br>(add'l) | 02/24/20 | K | | |
| 43. | | | | | Buy<br>(add'l) | 05/05/20 | M | | |
| 44. | | | | | Sold<br>(part) | 10/20/20 | M | G | |
| 45. -- SPDR Short Term | B | Dividend | | | Sold | 03/13/20 | N | A | |
| 46. -- Vanguard Small Cap Growth | A | Dividend | L | T | | | | | |
| 47. -- DFA Investment Grade Port | B | Dividend | | | Sold | 04/02/20 | N | E | |
| 48. -- Vanguard Int Bond ETF | B | Dividend | | | Sold | 04/02/20 | N | E | |
| 49. -- Vanguard FTSE Dev Mkts ETF | B | Dividend | N | T | Buy<br>(add'l) | 02/24/20 | K | | |
| 50. -- Vanguard Short Term Treas | C | Dividend | O | T | Buy | 05/29/20 | O | | |
| 51. -- Vanguard Value ETF | A | Dividend | O | T | Buy | 05/05/20 | M | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Campbell, David G.** | 07/26/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | | | | | Buy<br>(add'l) | 05/26/20 | M | | |
| 53.   -- Schwab Emerging Mkts Equity | A | Dividend | L | T | Buy | 11/10/20 | L | | |
| 54.   Northwestern Mutual whole life policy | D | Dividend | M | T | | | | | |
| 55.   Northwestern Mutual 65Life policy | A | Dividend | J | T | | | | | |
| 56.   Northwestern Mutual 65Life policy | A | Dividend | J | T | | | | | |
| 57.   Northwesetern Mutual 65Life policy | A | Dividend | J | T | | | | | |
| 58.   Northwestern Mutual 65Life policy | A | Dividend | J | T | | | | | |
| 59.   Northwestern Mutual 65Life policy | A | Dividend | J | T | | | | | |
| 60.   Water rights, Carbon County, Utah | | None | K | W | | | | | |
| 61.   Schwab IRA (invested in money market acct) | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Campbell, David G.** | 07/26/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note 1: Trust 1 is a ▮▮▮▮ trust that holds our ▮▮▮▮▮▮▮▮▮▮▮▮ and other assets. Other reportable assets held by the trust are included separately in Part VII.

| Name of Person Reporting | Date of Report |
|---|---|
| **Campbell, David G.** | 07/26/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ David G. Campbell**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544